UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:12-cr-20-FtM-29SPC

DONTRE REON CRAWFORD
_____

**OPINION AND ORDER**

On June 5, 2012, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #42) to the Court recommending that Defendant's Motion to Suppress Evidence (Doc. #18) be denied. Defendant filed Objections (Doc. #45) on June 19, 2012.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of

Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).  A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness.  Powell, 628 F.3d at 1256-58.

**II.**

Defendant's objections to the Report and Recommendation are largely founded on the credibility choices of the magistrate judge and the resulting factual findings.  Defendant argues that the traffic stop was unlawful because the officer did not really see the seat belt violation, therefore there is no evidence that a seat belt violation actually occurred and thus no legal basis to stop the vehicle.  The magistrate judge found otherwise, and after review of the transcript of the evidentiary hearing and the arguments of counsel the Court agrees with the magistrate judge.

Defendant also argues that his detention during the traffic stop exceeded the proper scope, that he was handcuffed without justification, and that his continued detention resulted in the seizure of the weapon from his person in violation of the law. Defendant disagrees with the factual findings of the magistrate judge as to the justifications for handcuffing defendant and the duration of detention, giving different emphasis and credibility to

various aspects of the testimony than did the magistrate judge. Reviewing the record, the Court agrees with the factual findings and legal conclusions of the magistrate judge.

After reviewing the Report and Recommendation, the transcript of the evidentiary hearing, and the arguments of counsel, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will overrule the objections, adopt the Report and Recommendation, and deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #42) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress Evidence (Doc. #18) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of June, 2012.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
DCCD