**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                            **CASE NO: 2:12-cr-20-FtM-29SPC**

**DONTRE REON CRAWFORD**

---

**ORDER**

This matter comes before the Court on the Defendant's Letter Motion to Appoint Counsel (Doc. #62) filed on August 3, 2012, and the Motion to Change Appointment of Counsel from Standby Counsel to Trial Counsel (Doc. #65) filed on August 7, 2012. The Defendant moves the Court to appoint trial Counsel.

On July 9, 2012, a Faretta hearing was held on Defense Counsel's Motion to Withdraw (Doc. #48). After a thorough inquiry, the Court granted the Defendant's request to represent himself during trial and appointed stand-by Counsel, David Joffe. In the Defendant's Letter, he indicates he made a mistake asking to represent himself and seeks to have Counsel re-appointed. Mr. Joffe has filed the instant motion requesting his stand-by Counsel status be changed to trial counsel. Having received no objection from the Government, the Court will grant the relief requested.

Accordingly, it is now

**ORDERED:**

1) Defendant's Letter Motion to Appoint Counsel (Doc. #62) is **GRANTED**.

2) Motion to Change Appointment of Counsel from Standby Counsel to Trial Counsel (Doc. #65) is **GRANTED**. The Clerk is directed to file the appropriate CJA paperwork. The Case remains on its current trial term.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  Counsel of Record